**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01620-CV

### IN RE JESSE GUNN, Relator

### Original Proceeding from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-54301-2013

## ORDER

Before the Court is relator's petition for writ of mandamus. The petition and supporting sworn record include unredacted information that identifies the relator's minor child. Accordingly, we **STRIKE** the petition and sworn record. TEX. R. APP. P. 9.9(b). In addition, the petition fails to comply with rule 52. We grant relator leave to file a redrawn petition that complies with rules 9.9 and 52 of the Texas Rules of Appellate Procedure on or before January 6, 2015. We caution relator that failure to file a properly drawn petition as permitted by this order may result in the dismissal of this cause without further notice.

/s/     CRAIG STODDART
JUSTICE